DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY JOHNSON,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** not in its individual capacity but solely as trustee for the RMAC Trust Series 2016-CTT, and **THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS, CLAIMING BY, THROUGH, UNDER OR AGAINST, SCOTT E. MAXWELL,** a/k/a **SCOTT MAXWELL,** deceased**,**
Appellees.

No. 4D18-2901

[June 27, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K, Coates, Judge; L.T. Case No. 2013CA010254.

Gary Johnson, Loxahatchee, pro se, for appellant.

David Rosenberg, Cynthia L. Comras and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee U.S. Bank National Association.

PER CURIAM.

*Affirmed.*

WARNER and CIKLIN, JJ., and SINGHAL, RAAJ, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***